IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ESTATE OF VINCENZO RUDI et al** <br> *Plaintiffs,* <br><br> v. <br><br> **CITY OF PHILADELPHIA et al** <br> *Defendants.* | : <br> : <br> : <br> :    No. 24-cv-5904 <br> : <br> : <br> : |

## ORDER

**AND NOW**, this **30th** day of **September 2025**, in consideration of Defendant City of Philadelphia's Motion to Dismiss for Failure to State a Claim (ECF No. 4), Plaintiffs' Response in Opposition (ECF No. 5), and Defendant's Reply (ECF No. 6), it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

BY THE COURT:

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**